1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   LAKENYA NASH

FILED

DEC 5 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S-11-072 DAD |
| Plaintiff, ) | |
| ) | **AMENDED** |
| v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER** |
| LAKENYA NASH, ) | |
| ) | DATE: December 16, 2011 |
| Defendant. ) | TIME: 11:00 a.m. |
| ) | JUDGE: Hon. Dale A. Drozd |

It is hereby stipulated and agreed to between the United States of America through JUSTIN LEE, Assistant U.S. Attorney, and defendant, LAKENYA NASH, by and through her counsel, LINDA C. HARTER, Chief Assistant Federal Defender, that the judgment and sentencing set for Tuesday, December 6, 2011, be vacated and continued to Friday, December 16, 2011 at 11:00 a.m. for judgment and sentencing.

///
///
///

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 5, 2011 | Respectfully submitted, |
| 3 | | DANIEL J. BRODERICK<br>Federal Defender |
| 4 | | |
| 5 | | /S/ Linda C. Harter<br>LINDA C. HARTER<br>Assistant Federal Defender |
| 6 | | Attorney for Defendant<br>LAKENYA NASH |
| 7 | | |
| 8 | | |
| 9 | DATED: December 5, 2011 | BENJAMIN WAGNER<br>United States Attorney |
| 10 | | |
| 11 | | /S/Justin Lee<br>JUSTIN LEE<br>Assistant U.S. Attorney |
| 12 | | Attorney for Plaintiff |

ORDER

IT IS SO ORDERED.

DATED: December 5, 2011.

_____
DALE A. DROZD
United States Magistrate Judge